**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

ANTHONY FRAZIER, *et al*.                                                                      PLAINTIFFS

v.                                        NO.  4:08CV04153 JLH

FORD MOTOR COMPANY, *et al*.                                                          DEFENDANTS

<u>**ORDER**</u>

Edwin L. Lowther, Jr., of Wright, Lindsey & Jennings LLP, counsel of record for Ford Motor

Company, has filed an application to make special appearance on behalf of Robert L. Wise.  The

motion is GRANTED.  Document #100.  Mr. Wise is hereby admitted to appear before this Court

as co-counsel for Ford Motor Company in this action.

IT IS SO ORDERED this 15th day of December, 2008.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE