# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

ANTHONY FRAZIER, *et al*.                                                              PLAINTIFFS

v.                                      NO.  4:08CV04153 JLH

FORD MOTOR COMPANY, *et al*.                                                      DEFENDANTS

## ORDER

On March 5, 2009, the plaintiffs filed a motion to dismiss all claims asserted against Newell Rubbermaid, Inc., without prejudice.  The time for responding to that motion has expired, and no party has objected.  Therefore, the motion to dismiss is GRANTED.  Document #127.  The plaintiffs' claims against Newell Rubbermaid, Inc., are dismissed without prejudice.

IT IS SO ORDERED this 20th day of March, 2009.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE